UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

NEW BEGINNING MISSIONARY BAPTIST          Case No.: 12-37848-BKC-LMI
CHURCH, INC.,

                  Debtor.          Chapter 11

_____/

## UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE

Donald F. Walton, United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112(b),[1]

respectfully moves this Court to enter an order converting or dismissing this case, and in support

hereof states as follows:

### BACKGROUND

1.      On November 20, 2012, New Beginning Missionary Baptist Church, Inc. (the

"Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      The Debtor owns several real properties in South Florida.

3.      The United States Trustee has not appointed a committee of unsecured creditors.

4.      The meeting of creditors, pursuant to § 341, is scheduled for January 2, 2013.

5.      To date, the Debtor has not produced all of the requested documents, nor has

provided proof of adequate insurance.

### RELIEF REQUESTED

6.      By way of this Motion, the United States Trustee seeks conversion or dismissal of this

case.  At present, the United States Trustee supports dismissal of this case as the best alternative.

_____

[1] Unless otherwise indicated, all statutory references pertain to title 11 of the United States
Code (the "Bankruptcy Code").

7.      Dismissal or conversion of chapter 11 cases is governed by § 1112(b), which provides that a bankruptcy court shall convert or dismiss a case, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

8.      The term "cause" is not defined by the Bankruptcy Code, but § 1112(b) lists sixteen examples of cause which justify conversion including, but not limited to, continuing losses or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; gross mismanagement of the estate; failure to maintain appropriate insurance that poses a risk to the estate or to the public; failure to comply with an order of the court; un-excused failure to satisfy timely any filing or reporting requirement established the Bankruptcy Code or by any rule applicable to the case under chapter 11; and, failure to timely provide information reasonably requested by the United Sates Trustee.  The examples set forth in this subsection is meant to be nonexclusive. See In re Global Shipsystems, LLC, 391 B.R. 193, 205 (Bankr. S.D. Ga. 2007).

9.      In this case, the record supports a finding of cause, at minimum, under § 1112(b)(4)(C).

10.     The Debtor does not have adequate insurance, thus placing the bankruptcy estate at considerable risk.  Moreover, the Debtor has failed to produce all of the documents requested by the United States Trustee.

WHEREFORE, the United States Trustee requests that the Court enter an order: i) converting or dismissing this case; and ii) granting such other and further relief as is deemed just and proper.

2

DATED:  December 31, 2012.

Donald F. Walton
United States Trustee
Region 21

/s/_____
Ariel Rodriguez, Trial Attorney
Florida Bar No.: 160253
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served on the following parties on December 31, 2012, electronically through CM/ECF, on parties having appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail, postage prepaid, on the following parties not appearing electronically:

New Beginning Missionary Baptist Church, Inc.
2125 NW 155 St.
Miami Gardens, FL 33054

/s/_____
Ariel Rodriguez, Trial Attorney

3